**FILED**

AUG 1 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiffs,            )      No. 1:12CR00407-001 LJO
                                   )
      vs.                          )      ORDER OF RELEASE
                                   )
GERALD CHARLES NUTT,               )
                                   )
            Defendant.             )
_____)

The above named defendant having been sentenced on August 11, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, August

13, 2014 to a representative of the Westcare Residential Drug Treatment Program. A certified

Judgment and Commitment order to follow.

Dated: August 11, 2014

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1